# United States District Court
## Southern District of Georgia

WARREN ADAM TAYLOR,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV1:14-231

AUGUSTA-RICHMOND COUNTY
CONSOLIDATED COMMISSIONERS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 17, 2015, Judgment is entered dismissing this action without prejudice for Plaintiff's failure to prosecute, and this civil action stands closed.

04/17/2015
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk