IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WARREN ADAM TAYLOR,             *
                                *
     Plaintiff,                 *
                                *
     v.                         *
                                *       CV 114-231
AUGUSTA-RICHMOND COUNTY         *
CONSOLIDATED COMMISSIONERS      *
et al.,                         *
                                *
     Defendants.                *
                                *
                                *

# ORDER

In this case, which has been closed since April 17, 2015, Plaintiff has repeatedly filed frivolous motions. Currently, four of these motions are pending on the Court's docket: (1) Plaintiff's motion for reconsideration (doc. 59); (2) Plaintiff's motion for clarification (doc. 61); (3) Plaintiff's motion for a hearing (doc. 62); and (4) Plaintiff's motion to appeal under Federal Rule of Appellate Procedure 5 (doc. 63).

With respect to the first three motions, Plaintiff essentially requests that the Court reconsider its prior Orders. Because Plaintiff has not articulated a reason for the Court to do so, Plaintiff's motions (docs. 59, 61, 62) are **DENIED**.

In his fourth motion, Plaintiff asks the Court for permission to appeal under Federal Rule of Appellate Procedure 5. Assuming Plaintiff's motion is procedurally correct, he has provided no reason justifying such an appeal. Accordingly, the Court **DENIES** Plaintiff's motion (doc. 63).

**ORDER ENTERED** at Augusta, Georgia this 27th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA