IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WARREN ADAM TAYLOR,               *
                                  *
    Plaintiff,                    *
                                  *
    v.                            *
                                  *     CV 114-231
AUGUSTA-RICHMOND COUNTY           *
CONSOLIDATED COMMISSIONERS        *
et al.,                           *
                                  *
    Defendants.                   *
                                  *
                                  *

**O R D E R**

In this case, which has been closed since April 17, 2015, Plaintiff has repeatedly filed frivolous motions. Four motions are currently pending on the Court's docket. (Docs. 66-69.) These motions — like many before them — are frivolous and are thus **DENIED**. Furthermore, the Court warns Plaintiff that if he continues to file frivolous motions, the Court will deem him an abusive filer and his ability to seek redress from the Court will be limited. See Cofield v. Ala. Pub. Serv. Comm'n, 936 F.2d 512, 517 (11th Cir. 1991).

**ORDER ENTERED** at Augusta, Georgia this 25th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA