IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WARREN ADAM TAYLOR,                   *
                                      *
        Plaintiff,                    *
                                      *
        v.                            *        CV 114-231
                                      *
AUGUSTA-RICHMOND COUNTY               *
CONSOLIDATED COMMISSIONERS, et        *
al.,                                  *
                                      *
        Defendants.                   *

ORDER

The Court dismissed this case on April 17, 2015. (Docs. 40, 41.) Plaintiff filed a motion for reconsideration (Doc. 42), which the Court denied (Doc. 46). Plaintiff appealed the case (Doc. 43), and the Eleventh Circuit affirmed this Court's dismissal (Docs. 48, 49). Amongst many frivolous filings, Plaintiff petitioned the Supreme Court for a writ of certiorari, which the Supreme Court denied (Doc. 79). There can be no doubt that the case is closed.

The Court has denied as frivolous at least eight previous motions. (Docs. 59, 61-64, 66-69, 77.) Four motions are currently pending on the Court's docket. Because the case is closed, the Court **DENIES** Plaintiff's pending motions. (Docs. 80-82, 84.)

In addition, in the Court's May 25, 2017 Order (Doc. 77), it warned Plaintiff that if he continued to file frivolous motions,

the Court would deem him an abusive filer and his ability to seek redress from the Court would be limited. The Court will no longer tolerate his frivolous filings because they impair the Court's ability to adjudicate the legitimate claims of other litigants. Accordingly, **THE COURT IMPOSES THE FOLLOWING RESTRICTION ON PLAINTIFF**: The Clerk **SHALL NOT DOCKET** any further motions or papers in this case except for a notice of appeal. Any papers referring to this case other than a notice of appeal **SHALL** be returned to Plaintiff unfiled. If Plaintiff files a notice of appeal, the Clerk **SHALL** forward a copy of this Order, the notice of appeal, and the dismissed complaint to the Court of Appeals. Plaintiff shall remain responsible for appellate filing fees or he may move this Court to grant IFP status on appeal.

**ORDER ENTERED** at Augusta, Georgia, this ___6th___ day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA